**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7451**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ADRIAN HOWARD JACKSON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief
District Judge.  (CR-98-1126-JFA)

———————

Submitted:  November 17, 2005        Decided:  November 30, 2005

———————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Adrian Howard Jackson, Appellant Pro Se.  Marshall Prince, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Adrian Howard Jackson appeals the district court's order dismissing without prejudice his motion, filed in his criminal case, to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Jackson, No. CR-98-1126-JFA (D.S.C. Sept. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED